FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT FULLER, | No. CV 08-619 SGL (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES YATES, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: 3-12-09.

_____
STEPHEN G. LARSON
United States District Judge